June 11, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

GIBSON AYODELE OLUYITAN, Appellant

NO. 14-15-00100-CV                    V.

JP MORGAN CHASE BANK, N.A., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 15, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Gibson Ayodele Oluyitan.

We further order this decision certified below for observance.